| STATE OF MINNESOTA County of Hennepin | | Judicial District: Court File Number: Case Type: | DISTRICT COURT Fourth |
|---|---|---|---|

Sterling Serino
_____
Plaintiff

FILED 2010 APR -6 PH 2:57 HENN. CO. DISTRICT COURT ADMINISTRATOR DEPUTY

**COMPLAINT**

vs.

Afni INC. (Anderson Financial Network)
_____
Defendant

The plaintiff complains of defendant(s) and alleges the following:

An agent of Afni violated the FDCPA (Fair Debt Collection Act) by giving information to a 3rd party that had nothing to do with the debt and also requested that she pay this debt. This is a vilation under section 806 (harassment and or abuse for requesting a person to pay a debt that the do not owe or have tied to and 805(b) communication with a third parties. Except as provided in section 804 without the prior consent of the consumer

4th District Court
Self-Help Center
1.22.10

given directly to the debt collector the collector may NOT communicate in connection with collection of any debt.

Wherefore plaintiff demands:

Under the Section 813 of the FDCPA the company and the collector shall pay civil liability to me in the amount of 2,000

Date: 4-6-10

Plaintiff pro se

Sterling Seeino
Print name

2942 Dupont ave N
Street address, apartment number

Minneapolis MN 55411
City, state, zip code

4th District Court
Self-Help Center
1.22.10

Acknowledgement

a) I have read this document. To the best of my knowledge, information and belief, the information contained in this document is well grounded in fact and is warranted by existing law.

b) I have not been determined by any Court in Minnesota or in any other state to be a frivolous litigant and I am not the subject of an *Order* precluding me from serving or filing this document.

c) I am not serving or filing this document for any improper purpose, such as to harass the other party to cause delay or needless increase in the cost of litigation or to commit a fraud on the Court.

d) I understand that if I am not telling the truth or if I am misleading the Court or if I am serving or filing this document for an improper purpose, the Court can order me to pay money to the other party, including the reasonable expenses incurred by the other party because of the serving or filing of this document, court costs and reasonable attorney's fees.

Date: 7-6-10

_____
Signature of plaintiff pro se

STERLING STEIN
Printed name of plaintiff pro se

4th District Court
Self-Help Center
1.22.10