**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sterling Serino,                                      Case No. 0:10-cv-01812 JRT/JJK

    Plaintiff,

vs.                                                   **RULE 7.1 CORPORATE**
                                                      **DISCLOSURE STATEMENT**
Afni Inc.,

    Defendant.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Afni, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

**BASSFORD REMELE**
*A Professional Association*

Dated:  May 3, 2010            By    s/ David A. Turner
                               Michael A. Klutho (License #186302)
                               Susan E. Gustad (License #0268008)
                               David A. Turner (License #0333104)
                               Attorneys for Defendant
                               33 South Sixth Street, Suite 3800
                               Minneapolis, Minnesota  55402-3707
                               Telephone:   (612) 333-3000
                               Facsimile:    (612) 333-8829
                               mklutho@bassford.com
                               sgustad@bassford.com
                               dturner@bassford.com