## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sterling Serino,   Case No. 0:10-cv-01812 JRT/JJK

    Plaintiff,

vs.   **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Afni Inc.,

    Defendant.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the above-entitled action by Plaintiff may be and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorney's fees to any party.

Dated:  7/6/10
        s/ Sterling Serino
Sterling Serino, Pro Se Plaintiff
165 Monroe Street
Brooklyn, NY 11216
(718) 938-6612
prince3301@yahoo.com

**BASSFORD REMELE**
*A Professional Association*

Dated:  7/7/10
By    s/ David A. Turner
Michael A. Klutho (License #186302)
Susan E. Gustad (License #0268008)
David A. Turner (License #0333104)
Attorneys for Defendant
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
(612) 333-3000
(612) 333-8829 – fax
sgustad@bassford.com