# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
___

| | |
|---|---|
| STERLING SERINO, | Civil No. 10-1812 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| AFNI INC., | **ORDER FOR DISMISSAL** |
| Defendant. | |

___

Sterling Serino**,** 2942 Dupont Avenue North, Minneapolis, MN 55441, pro se plaintiff.

David Turner, Michael Klutho, and Susan Gustad, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on July 7, 2010 [Docket No. 8].

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED, with PREJUDICE**, and on the merits without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 8, 2010
at Minneapolis, Minnesota.

                                                s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge